UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>STEVEN ROSE,<br><br>  Defendant. | Case No: C 04-40157 SBA<br><br>**ORDER**<br><br>[Docket No. 25] |

  Plaintiff's Motion for Revocation of Magistrate Judge's Release Order came on for hearing before this Court on June 8, 2010 at 1:00 p.m.  (Docket 25.)  Having read and considered the papers filed in connection with this matter, and the parties' arguments at the hearing, and being fully informed, the Court hereby DENIES the motion as MOOT because defendant has been remanded upon disposition of defendant's Supervised Release Revocation hearing, also held on June 8, 2010 at 1:00 p.m.

  IT IS SO ORDERED.

Dated: June 8, 2010

SAUNDRA BROWN ARMSTRONG
United States District Judge