UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>vs.<br><br>STEVEN ROSE,<br><br>    Defendant. | Case No: CR 04-40157-1 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Dkt. 33 |

On April 26, 2005, the Court sentenced Defendant to fifty-five months custody and thirty-six months supervised release for a violation of 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm.  On September 9, 2009, Defendant's term of supervised release commenced.  On June 8, 2010, the Court revoked Defendant's supervised release, after Defendant admitted guilty to violating conditions of his supervision, and sentenced Defendant to fourteen months custody followed by a twenty-two month term of supervised release.

On November 1, 2010, the Court received a letter from Defendant, asking the Court to "terminate" or "reduce" his imposed supervised release term of twenty-two months.  Dkt. 33. To expedite this matter, the Court directs the Government to file a response to Defendant's letter.  Accordingly,

IT IS HEREBY ORDERED THAT the Government shall file a response to Defendant's letter (Dkt. 33) by no later than January 14, 2011.  This matter will thereafter be taken under submission.

IT IS SO ORDERED.

Dated: December 3, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge